PROB 12C
(6/16)

Report Date: January 21, 2020

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles Edwards                                  Case Number: 0980 2:11CR00071-RHW-1

Address of Offender:                                                         Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: October 25, 2012

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 28 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 846 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 96 months<br>TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Joseph H. Harrington | Date Supervision Commenced: | July 12, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | July 11, 2023 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.<br><br>**Supporting Evidence**: Between December 25, 2019, and January 13, 2020, Charles Edwards failed to report to the undersigned officer as instructed.<br><br>On July 16, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edwards, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.<br><br>On December 12, 2019, the offender reported to the U.S. Probation Office and informed this officer that his aunt, whom he was residing with, had recently informed him that he would need to vacate the home before she left for vacation on December 13, 2019. Because he was expected to be homeless the next day, the undersigned informed Mr. Edwards that he would need to check in with this officer on a daily basis, which he confirmed he understood.<br><br>Despite originally checking in with this officer as instructed, the offender failed to check in after December 24, 2019. |

Prob12C
**Re: Edwards, Charles**
**January 21, 2020**
**Page 2**

> On January 3, 2020, this officer received a text message from Mr. Edwards advising that his mother had passed away and stating he needed to go to California. This officer responded, via text message, later that day but received no response.

2  **Special Condition #16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

> **Supporting Evidence**: Between December 5, 2019, and January 14, 2020, Charles Edwards failed to engage in substance abuse treatment as required.
>
> On July 16, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edwards, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.
>
> On January 8, 2020, the undersigned officer received notification from Pioneer Human Services that it had been approximately 30 days since they last had contact with the offender.
>
> On January 14, 2020, Mr. Edwards reported to the U.S. Probation Office to meet with this officer. When asked about his failure to engage in treatment, the offender initially suggested that he had been having a hard time dealing with the death of his mother, but when this officer pointed out that he had failed to report for treatment for weeks prior to his mother's passing, he simply stated that he had "forgotten."

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/21/2020

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_Robert A. Whaley_
Signature of Judicial Officer

1/23/2020
Date