PROB 12C  
(6/16)

Report Date: February 19, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 20, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Charles Edwards | Case Number: 0980 2:11CR00071-RHW-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: October 25, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute 28 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 846 | | |
| Original Sentence: | Prison - 96 months<br>TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: | July 12, 2019 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: | July 11, 2023 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/21/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence:** On February 11, 2020, Charles Edwards submitted to random urinalysis testing and submitted a urine sample that was later confirmed to be positive for cocaine.<br><br>On July 16, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edwards, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.<br><br>On February 11, 2020, the offender submitted to random urinalysis testing at Pioneer Human Services (PHS) when his assigned color was identified for testing. At that time, he provided a urine sample that tested presumptive positive for cocaine. Mr. Edwards denied using cocaine and signed a denial of use form confirming that denial. The urine sample was sent to Alere Toxicology Laboratory (Alere) for further testing.<br><br>On February 17, 2020, the undersigned officer received notification from Alere confirming the urine provided by the offender on February 11, 2020, was in fact positive for cocaine. |

Prob12C
Re: Edwards, Charles
February 19, 2020
Page 2

    4    **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence:** On February 18, 2020, Charles Edwards submitted to random urinalysis testing and submitted a urine sample that tested presumptive positive for cocaine.

    On July 16, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edwards, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

    On February 18, 2020, the offender reported to the U.S. Probation Office to meet with this officer to discuss the test results of the urine sample he had provided on February 11, 2020. Following that meeting, Mr. Edwards was informed he would need to submit to random urinalysis testing. He subsequently provided a urine sample that tested presumptive positive for cocaine. The offender again denied the use and signed a denial of use form. This officer is currently awaiting confirmation from the lab.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/19/2020

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

2/20/2020
Date