PROB 12C
(6/16)

Report Date:  March 16, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 17, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles Edwards                    Case Number: 0980 2:11CR00071-RHW-1

Address of Offender:                                 Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: October 25, 2012

Original Offense:     Conspiracy to Distribute 28 Grams or More of a Mixture or Substance Containing Cocaine
                      Base, 21 U.S.C. § 846

Original Sentence:    Prison - 96 months          Type of Supervision: Supervised Release
                      TSR - 48 months

Asst. U.S. Attorney:  Timothy J. Ohms             Date Supervision Commenced: July 12, 2019

Defense Attorney:     Matthew A. Campbell         Date Supervision Expires: July 11, 2023

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported
to the Court on 01/21/2020 and 02/19/2020.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 5 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm abstinence from these substances. |

**Supporting Evidence**: On February 26, 2020, Charles Edwards submitted to random urinalysis testing and provided a urine sample that tested presumptive positive for cocaine.

On July 16, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edwards, as outlined in the judgment and sentence.  He signed the judgment acknowledging the requirements.

On February 26, 2020, the offender reported to the U.S. Probation Office to meet with this officer as instructed.  Mr. Edwards was informed he would need to submit to random urinalysis testing.  He subsequently submitted a urine sample that tested presumptive positive for cocaine.  Although he initially attempted to deny the use of cocaine, as he has done previously, Mr. Edwards eventually admitted to the use of cocaine on or about February 20, 2020.  He signed an admission of use form confirming that admission.

**Prob12C**
**Re: Edwards, Charles**
**March 16, 2020**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/16/2020
_____

s/Amber M.K. Andrade
_____

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

  s/Robert H. Whaley
_____
Signature of Judicial Officer

  3/17/2020
_____
Date