PROB 12C
(6/16)

Report Date: May 8, 2020

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2020

SEAN F. McAVOY, CLERK

Name of Offender: Charles Edwards            Case Number: 0980 2:11CR00071-RHW-1

Address of Offender:                                                        Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: October 25, 2012

Original Offense:       Conspiracy to Distribute 28 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 846

Original Sentence:      Prison - 96 months                Type of Supervision: Supervised Release
                        TSR - 48 months

Asst. U.S. Attorney:    Timothy J. Ohms                   Date Supervision Commenced: July 12, 2019

Defense Attorney:       Molly Winston                     Date Supervision Expires: July 11, 2023

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/23/2020, 02/19/2020 and 03/16/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On April 17, 2020, Charles Edwards submitted to random urinalysis testing and provided a urine sample that tested presumptive positive for cocaine. |
| | On July 16, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edwards, as outlined in the judgment and sentence.  He signed the judgment acknowledging the requirements. |
| | On April 22, 2020, this officer received notification from Pioneer Human Services (PHS) that Mr. Edwards had reported for random urinalysis testing on April 17, 2020, when his assigned color was identified for testing by the phase urinalysis hotline.  This officer was informed that the urine sample Mr. Edwards submitted on that date was presumptive positive for cocaine. |

Prob12C
**Re: Edwards, Charles**
**May 8, 2020**
**Page 2**

On April 27, 2020, the laboratory confirmed the urine sample provided by the offender on April 17, 2020, was in fact positive for cocaine.

7     **Special Condition # 26**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On April 24, 2020, Charles Edwards failed to attend his substance abuse treatment group session as scheduled.

On July 16, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edwards, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On April 24, 2020, this officer received notification that the offender failed to attend his scheduled group session on that date. According to the information received, Mr. Edwards informed treatment staff that he could not attend the group session, which are currently being conducted telephonically, because his cell phone had run out of minutes.

8     **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On April 29, 2020, Charles Edwards failed to attend his substance abuse treatment group session as scheduled.

On July 16, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edwards, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On April 29, 2020, this officer received notification that the offender had again failed to attend his scheduled group session. According to the information received, Mr. Edwards informed treatment staff that he would not be able to attend the group session because he still did not have any available minutes on his cell phone.

9     **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On May 4, 2020, Charles Edwards failed to engage in his substance abuse treatment group session, as required, and was subsequently kicked out of the session.

Prob12C
**Re: Edwards, Charles**
**May 8, 2020**
**Page 3**

On July 16, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edwards, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On May 4, 2020, PHS notified this officer that the offender was kicked out of his group substance abuse treatment on that date because he was unresponsive. According to his treatment provider, she had attempted to get the offender's attention for approximately 5 minutes. When Mr. Edwards did not respond, given his history of falling asleep during sessions, he was kicked out of the virtual session.

10  **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On May 7, 2020, Charles Edwards was unsuccessfully discharged from substance abuse treatment by PHS after being deemed unamenable to treatment.

On July 16, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edwards, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On May 7, 2020, Mr. Edwards was unsuccessfully discharged from PHS. PHS determined that based on Mr. Edward's "lack of participation, variance in attendance, lack of motivation, and violating his behavior contract", he was unamenable to treatment.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/08/2020

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Edwards, Charles**
**May 8, 2020**
**Page 4**

THE COURT ORDERS

- [ ]  No Action
- [ ]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

_____
Signature of Judicial Officer

5/12/2020
Date