PROB 12C
(6/16)

Report Date: May 14, 2020

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Charles Edwards | Case Number: 0980 2:11CR00071-RHW-1 |
| Address of Offender: | Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: October 25, 2012

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 28 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 96 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: July 12, 2019 |
| Defense Attorney: | Molly Winston | Date Supervision Expires: July 11, 2023 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/23/2020, 02/19/2020, 03/16/2020, and 05/08/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On May 12, 2020, Charles Edwards failed to report to Pioneer Human Services (PHS) for phase urinalysis testing when his assigned color was identified for testing. |
| | On July 16, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edwards, as outlined in the judgment and sentence.  He signed the judgment acknowledging the requirements. |
| | On May 13, 2020, this officer received notification from PHS that the offender had failed to report for phase urinalysis testing on May 12, 2020, when his assigned color was identified.  On that same date, this officer attempted to contact Mr. Edwards to inquire about why he did not report for urinalysis testing at PHS, but was unsuccessful. |
| | The undersigned officer also attempted to contact the offender regarding the issue on May 14, 2020, but was again unsuccessful. |

Prob12C
**Re: Edwards, Charles**
May 14, 2020
Page 2

| | | |
|---|---|---|
| | 12 | **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |

                    **Supporting Evidence**: On May 14, 2020, Charles Edwards failed to report to the undersigned officer as instructed.

                    On July 16, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edwards, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

                    On May 13, 2020, this officer attempted to contact the offender, via phone call and text message, but he did not answer or respond.

                    As a result, on May 14, 2020, the undersigned officer again attempted to contact Mr. Edwards, but was again unsuccessful. A voice mail and text message were left instructing him to contact this officer by noon that date. Mr. Edwards failed to contact this officer as instructed, and as of the writing of this report, the offender's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/14/2020

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

5/15/2020
Date