PROB 12C
(6/16)

Report Date: June 3, 2022

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2022

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles Edwards                 Case Number: 0980 2:11CR00071-RHW-1

Address of Offender ▬▬▬▬▬▬▬▬▬▬, Spokane, Washington 99204

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: October 25, 2012

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 28 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 96 months;<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>(July 23, 2021) | Prison - 12 months;<br>TSR - 48 months | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: January 6, 2022 |
| Defense Attorney: | John Patrick Nollette | Date Supervision Expires: January 5, 2026 |

## PETITIONING THE COURT

To issue a summons.

On January 11, 2022, a U.S. Probation Officer reviewed Mr. Edwards' conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged that Mr. Edwards is in violation of his conditions of supervised release for using cocaine on May 19, 23, 26, and June 1, 2022.<br><br>On May 20, 2022, Mr. Edwards contacted the undersigned officer to advise he used cocaine on Thursday, May 19, 2022. He was directed to report to the probation office on Monday, May 23, 2022. |

Prob12C
Re: Edwards, Charles
June 3, 2022
Page 2

On May 23, 2022, Mr. Edwards reported as instructed and provided a urinalysis test which returned presumptive positive for cocaine, which was confirmed by the lab. He was directed to report back to the probation office on Thursday, May 26, 2022.

On May 26, 2022, Mr. Edwards reported as instructed and provided a urinalysis test which returned presumptive positive for cocaine, which was confirmed by the lab.

On June 1, 2022, Mr. Edwards reported to the probation office and provided a urine sample which returned presumptive positive for cocaine. The urine sample was sent to the lab for further testing and the results are still pending.

2   **Special Condition #4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Edwards is in violation of his conditions of supervised release for failing to appear for random urinalysis testing at Pioneer Human Services (PHS) on May 20 and 31, 2022.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 3, 2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/8/2022
Date