PROB 12C
(6/16)

Report Date: June 16, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles Edwards                Case Number: 0980 2:11CR00071-SAB-1

Address of Offender: ███████████ Spokane, Washington 99204

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 25, 2012

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 28 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 96 months; TSR - 48 months |
| Revocation Sentence: (July 23, 2021) | Prison- 12 months TSR- 48 months |
| Asst. U.S. Attorney: | Timothy J. Ohms |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: January 6, 2022

Date Supervision Expires: January 5, 2026

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/8/2022.

On January 11, 2022, a U.S. probation officer reviewed Mr. Edwards' conditions of supervised release with him. He signed his judgement acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged that Mr. Edwards is in violation of his conditions of supervised release for using cocaine on or about June 7, 9, 2022. |
| | On June 7, 2022, Mr. Edwards reported to the U.S. Probation Office as instructed and provided a urinalysis test which returned presumptive positive for cocaine. The urine sample was confirmed positive by the contract laboratory. |

Prob12C
Re: Edwards, Charles
June 16, 2022
Page 2

On June 9, 2022, Mr. Edwards reported to the U.S. Probation Office as instructed and provided a urinalysis test which returned presumptive positive for cocaine. The urine sample was confirmed positive by the contract laboratory.

Mr. Edwards continues to deny illicit drug use.

4  **Special Condition # 4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Edwards is in violation of his conditions of supervised release for failing to appear for random urinalysis testing at Pioneer Human Services (PHS) on June 8, 2022.

On June 8, 2022, the color for the day for urinalysis testing at PHS was brown, Mr. Edwards' assigned color for random urinalysis testing. The undersigned officer was notified by PHS that he failed to appear for urinalysis testing as directed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/16/2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Stanley A. Bastian

Signature of Judicial Officer

6/16/2022
Date