PROB 12C
(6/16)

Report Date: June 30, 2022

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2022

SEAN F. McAVOY, CLERK

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles Edwards    Case Number: 0980 2:11CR00071-SAB-1

Address of Offender: ███████████ Spokane, Washington 99204

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 25, 2012

Original Offense:        Conspiracy to Distribute 28 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 846

Original Sentence:       Prison - 96 months;           Type of Supervision: Supervised Release
                         TSR - 48 months

Revocation Sentence:     Prison- 12 months
(July 23, 2021)          TSR- 48 months

Asst. U.S. Attorney:     Timothy J. Ohms               Date Supervision Commenced: January 6, 2022

Defense Attorney:        Mark Vovos                    Date Supervision Expires: January 5, 2026

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/8/2022 and 6/16/2022.

On January 11, 2022, a U.S. probation officer reviewed Mr. Edwards' conditions of supervised release with him. He signed his judgement acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

    5                **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

                     **Supporting Evidence**: It is alleged that Mr. Edwards is in violation of his conditions of supervised release for using cocaine on or about June 24, 2022.

                     On June 24, 2022, Mr. Edwards reported to the U.S. Probation Office as instructed and provided a urinalysis test which returned presumptive positive for cocaine. The urine sample was confirmed positive by the contract laboratory. Mr. Edwards denied using cocaine when questioned.

Prob12C
Re: Edwards, Charles
June 30, 2022
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/30/2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

7/1/2022

Date