PROB 12C
(6/16)

Report Date: October 6, 2022

## United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2022

SEAN F. McAVOY, CLERK

Name of Offender: Charles Edwards                     Case Number: 0980 2:11CR00071-SAB-1

Address of Offender: ███████████████  Spokane, Washington 99204

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 25, 2012

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 28 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 96 months; TSR - 48 months        Type of Supervision: Supervised Release |
| Revocation Sentence: (July 23, 2021) | Prison - 12 months; TSR - 48 months |
| Asst. U.S. Attorney: | Timothy John Ohms        Date Supervision Commenced: January 6, 2022 |
| Defense Attorney: | Mark Edward Vovos        Date Supervision Expires: January 5, 2026 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/08/2022, 06/16/2022, and 07/01/2022.

On January 11, 2022, a U.S. Probation Officer reviewed Mr. Edwards' conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged that Mr. Edwards is in violation of his conditions of supervised release for using cocaine on or about September 9 and 30, 2022.

On September 9, 2022, Mr. Edwards reported to the U.S. Probation Office as instructed and provided a urinalysis test, which returned presumptive positive for cocaine. Mr. Edwards admitted to use and stated, "I only used 4 or 5 lines." As a result, a referral was submitted to place Mr. Edwards at the Spokane Residential Reentry Center (RRC) for housing.

Prob12C
Re: Edwards, Charles
October 6, 2022
Page 2

On September 30, 2022, Mr. Edwards submitted to a random urinalysis at the RRC. It was sent to the laboratory for confirmation.

On October 6, 2022, the laboratory results from the urinalysis submitted on September 30, 2022, returned positive cocaine.

| | |
|---|---|
| 7 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged that Mr. Edwards is in violation of his conditions of supervised release for using fentanyl on or about September 19, 2022.

On September 19, 2022, Mr. Edwards was admitted to the RRC. During his intake, he submitted to a urinalysis, which was confirmed positive for fentanyl.

| | |
|---|---|
| 8 | **Special Condition #4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Mr. Edwards is in violation of his conditions of supervised release for failing to appear for random urinalysis testing at Pioneer Human Services (PHS) on August 11, and September 8, 2022.

| | |
|---|---|
| 9 | **Special Condition #5:** You must reside in residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |

**Supporting Evidence:** It is alleged that Mr. Edwards violated his terms of supervised release by being terminated from the RRC on October 6, 2022.

Mr. Edwards was placed at the RRC due to a positive urinalysis test on September 9, 2022. He continued to use illicit substances while staying at the RRC and his placement was terminated on October 6, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and the Court **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/06/2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

Prob12C
Re: Edwards, Charles
October 6, 2022
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Stanley A. Bastian_
Signature of Judicial Officer

10/6/2022
Date