PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: February 2, 2023

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Charles Edwards | Case Number: 0980 2:11CR00071-SAB-1 |
| Address of Offender: ▮▮▮▮▮ Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 25, 2012

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 28 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 96 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 23, 2021) | Prison - 12 months<br>TSR - 48 months | |
| Revocation Sentence:<br>(November 17, 2022) | Prison - 42 days<br>TSR - 48 months | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: November 17, 2022 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 16, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 1/13/2023.

On November 21, 2022, a U.S. probation officer reviewed Mr. Edwards' conditions of supervised release with him. He signed his judgement acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Charles Edwards allegedly violated his conditions of supervised release by using cocaine on or about January 30, 2023. |

Prob12C
Re: Edwards, Charles
February 2, 2023
Page 2

On February 2, 2023, Mr. Edwards reported to the U.S. Probation Office as instructed and submitted to a urinalysis test. The urine sample he provided returned presumptive positive for cocaine. The sample was sent to Alere Toxicology for further testing. Mr. Edwards signed an admission form for using cocaine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/02/2023

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

2/2/2023
Date