PROB 12C
(6/16)

Report Date: January 13, 2023

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles Edwards            Case Number: 0980 2:11CR00071-SAB-1

Address of Offender: ▇▇▇▇▇▇▇▇  Spokane, Washington 99202

Name of Sentencing Judicial Officer:   The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 25, 2012

Original Offense:   Conspiracy to Distribute 28 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 846

Original Sentence:   Prison - 96 months         Type of Supervision: Supervised Release
                     TSR - 48 months

Revocation Sentence:   Prison - 12 months
(July 23, 2021)        TSR - 48 months

Revocation Sentence:   Prison - 42 days
(November 17, 2022)    TSR - 48 months

Asst. U.S. Attorney:   Timothy John Ohms        Date Supervision Commenced: November 17, 2022

Defense Attorney:      Mark Edmund Vovos        Date Supervision Expires: November 16, 2026

### PETITIONING THE COURT

To issue a summons.

On November 21, 2022, a U.S. probation officer reviewed Mr. Edwards' conditions of supervised release with him. He signed his judgement acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

     1          **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

                **Supporting Evidence**: Charles Edwards allegedly violated his conditions of supervised release by using cocaine on or about December 7, 2022.

                On December 7, 2022, Mr. Edwards submitted to random uranalysis testing at Pioneer Human Services (PHS) when his assigned color was called. The sample resulted in a presumptive positive test for cocaine. The sample was sent to Alere Toxicology for further testing. Mr. Edwards signed a denial of use form for the use of illicit controlled substance.

Prob12C
Re: Edwards, Charles
January 13, 2023
Page 2

On December 15, 2022, the laboratory confirmed the sample provided by Mr. Edwards was in fact positive for cocaine.

2  **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: Mr. Edwards is allegedly in violation of his conditions of supervised release for using fentanyl on or about December 9, 2022.

On December 9, 2022, Mr. Edwards reported to Spokane Addiction Recovery Center (SPARC) to meet with his substance abuse counselor. He provided a random urine sample upon request. The sample resulted in a presumptive positive test for fentanyl. The sample was sent to Cordant Health Solutions for further testing. Mr. Edwards denied using fentanyl when questioned.

On December 30, 2022, the laboratory confirmed the sample provided by Mr. Edwards was in fact positive for fentanyl.

3  **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: Mr. Edwards allegedly violated his conditions of supervised release by using fentanyl on or about January 6, 2023.

On January 6, 2023, Mr. Edwards reported to the U.S. Probation Office as instructed and submitted to a urinalysis test. The urine sample he provided returned presumptive positive for fentanyl. The sample was sent to Alere Toxicology for further testing. Mr. Edwards signed a denial of use form for using fentanyl. However, he did admit using an unknown pill he acquired from a "friend" on or about January 3, 2023.

On January 10, 2023, the laboratory confirmed the sample provided by Mr. Edwards was in fact positive for fentanyl.

4  **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Edwards allegedly violated his conditions of supervised release by being unsuccessfully discharged from substance abuse treatment on January 11, 2023.

On January 11, 2023, the undersigned officer contacted Mr. Edwards' assigned treatment counselor SPARC to discuss a noncompliant progress report that was received earlier in the week. According to his counselor, Mr. Edwards has several unexcused absences, relapse/reuse and no verification of any support or self help groups as required. The counselor further explained Mr. Edwards' inability to be honest, coupled with his noncompliant behavior, showcases a need for inpatient treatment as intensive outpatient

Prob12C
**Re: Edwards, Charles**
**January 13, 2023**
**Page 3**

        treatment is not appropriate at this time. Mr. Edwards was unsuccessfully discharged as of January 11, 2023.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 01/13/2023 |
| | s/Mark E. Hedge |
| | Mark E. Hedge |
| | U.S. Probation Officer |

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

01/13/2023
Date