PROB 12C
(6/16)

Report Date: February 22, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 23, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles Edwards          Case Number: 0980 2:11CR00071-SAB-1

Address of Offender: ███████████ Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 25, 2012

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 28 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 96 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 23, 2021) | Prison - 12 months<br>TSR - 48 months | |
| Revocation Sentence:<br>(November 17, 2022) | Prison - 42 days<br>TSR - 48 months | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: November 17, 2022 |
| Defense Attorney: | Robert Michael Seines | Date Supervision Expires: November 16, 2026 |

## PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 1/13/2023 and 2/2/2023.

On November 21, 2022, a U.S. probation officer reviewed Mr. Edwards' conditions of supervised release with him. He signed his judgement acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Charles Edwards allegedly violated his conditions of supervised release by using cocaine and fentanyl on or about February 8, 2023.<br><br>On February 8, 2023, Mr. Edwards submitted to random uranalysis testing at Pioneer Human Services (PHS) when his assigned color was called. The urine sample provided resulted in a presumptive positive test for cocaine and fentanyl. The sample was sent to Alere |

Prob12C
Re: Edwards, Charles
February 22, 2023
Page 2

Toxicology Laboratory (Alere) for further testing. Mr. Edwards signed a denial of use form for the use of illicit controlled substances.

On February 18, 2023, the laboratory confirmed the sample provided by Mr. Edwards was in fact positive for cocaine and fentanyl.

7  **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: Charles Edwards allegedly violated his conditions of supervised release by using cocaine and fentanyl on or about February 15, 2023.

On February 15, 2023, Mr. Edwards submitted to random uranalysis testing at PHS when his assigned color was called. The urine sample provided resulted in a presumptive positive test for cocaine and fentanyl. The sample was sent to Alere for further testing. Mr. Edwards signed a denial of use form for the use of illicit controlled substances.

On February 21, 2023, the laboratory confirmed the sample provided by Mr. Edwards was in fact positive for cocaine and fentanyl.

The U.S. Probation Office respectfully recommends the Court to **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/22/2023

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

2/23/2023
Date